# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 24, 2007

133149 & (52)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

ARDIS LELITO, Personal Representative of the
Estate of HELEN RICH, Deceased,
        Plaintiff-Appellant,

v

SHIRLEY VERNON MONROE,
        Defendant-Appellee.

SC: 133149
COA: 270618
Livingston CC: 05-021609-NO

_____/

      On order of the Court, the motion for leave to file a brief amicus curiae is GRANTED. The application for leave to appeal the December 28, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 24, 2007

Clerk

s0416